CRISS v. STATE. (No. 4025.) (Court of Criminal Appeals of Texas. April 5, 1916.) Appeal from Johnson County Court; B. Jay Jackson, Judge. Will Criss was convicted of selling intoxicating liquor in prohibition territory, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of selling intoxicating liquor in prohibition territory. No statement of facts accompanies the record, nor does the record contain any bills of exception. Under such circumstances, the motion for a new trial contains no ground we can review. The judgment is affirmed.

CRISS v. STATE. (No. 4026.) (Court of Criminal Appeals of Texas. April 5, 1916.) Appeal from Johnson County Court; B. Jay Jackson, Judge. Will Criss was convicted of vagrancy, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. From a conviction for vagrancy, this appeal is prosecuted, without a statement of facts or bills of exceptions. There is nothing raised which can be reviewed. The judgment is affirmed.

McELREE v. STATE. (No. 4006.) (Court of Criminal Appeals of Texas. March 29, 1916.) Appeal from Nacogdoches County Court; J. F. Perritte, Judge. Will McElree was convicted of making an illegal sale of intoxicating liquor in prohibition territory, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a misdemeanor conviction for making an illegal sale of intoxicating liquor in prohibition territory. There is no bill of exceptions, nor statement of facts, and nothing raised which can be reviewed in the absence of these. The judgment is affirmed.

WAPLES et al. v. MARRAST. (No. 7267.) (Court of Civil Appeals of Texas. Galveston. May 18, 1916.) Appeal from District Court, Galveston County; Robt. G. Street, Judge. Petition for mandamus by E. K. Marrast against Paul Waples and others, composing the Democratic State Executive Committee. The writ was awarded, and respondents appeal. On the answers of the Supreme Court to certified questions (184 S. W. 180), reversed, and judgment rendered for defendants. Cecil H. Smith, of Sherman, Walter Collins, of Hillsboro, and James B. Stubbs, of Galveston, for appellants. John W. Campbell, Chas. H. Theobald, Walter E. Cranford, and Marion J. Levy, all of Galveston, for appellee.

PLEASANTS, C. J. The controlling questions in this case were certified by us to the Supreme Court. The answers of the Supreme Court to the questions certified, as shown by the opinion of that court rendered on March 23, 1916, requires that the judgment of the court below be reversed, and judgment here rendered for appellant; and it has been so ordered. Reversed and rendered.

END OF CASES IN VOL. 184

\*